JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SON HOANG NGUYEN, | Case No. 8:18-cv-00706 PA (ADS) |
| Petitioner, | |
| v. | JUDGMENT |
| THOMAS HOMAN, et al., | |
| Respondents. | |

Pursuant to the Order Dismissing Habeas Petition Without Prejudice, IT IS ADJUDGED THAT the Petition in this action is dismissed without prejudice.

Dated: December 8, 2018

_____
PERCY ANDERSON
United States District Judge